IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**FILED IN OPEN COURT**

**APR 2 4 2025**

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE NORTON RIESTER,<br>   a/k/a "FiveEyeGuys"<br>   a/k/a "Bowtiedbarbary131"<br><br>        *Defendant.* | Case No. 1:25-CR-115<br><br><u>Count 1</u>: 21 U.S.C. §§ 841(a)(1) and 846<br>         Conspiracy to Distribute 10 Grams or<br>         More of LSD<br><br><u>Count 2</u>: (21 U.S.C. § 841(a)(1))<br>         Distribution of LSD<br><br><u>Forfeiture Notice</u> |

**INDICTMENT**

April 2025 Term — Alexandria, Virginia

**COUNT ONE**

*(Conspiracy to Distribute 10 Grams or More of LSD)*

THE GRAND JURY CHARGES THAT:

From at least as early as the summer of 2022, and continuing thereafter up to and including May of 2024, the exact dates being unknown, in Springfield, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants KYLE NORTON RIESTER, did knowingly and intentionally conspire with others, both known and unknown to the Grand Jury, to knowingly and intentionally distribute 10 grams or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

(All in violation of Title 21, United States Code, Section and 846)

## COUNT TWO

*(Distribution of LSD)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 3, 2024, defendant KYLE NORTON RIESTER, in the city of Springfield, within the Eastern District of Virginia, and elsewhere, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1))

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

The GRAND JURY HEREBY FINDS probable cause that the property described in this NOTICE OF FORFEITURE is subject to forfeiture pursuant to the statutes described:

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of either of the controlled substance offenses alleged in Counts 1 and 2 of the Indictment, the defendant, KYLRE NORTON RIESTER, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation.

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that if convicted of any of the violations set forth in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

//

//

//

//

//

The property subject to forfeiture includes, but is not limited to, the following:

(a) 7.675904643300 in cryptocurrency (XMR) seized by law enforcement from a GUI Monero wallet found on the defendant's Black Lenovo laptop on or around August 12, 2024;

(b) 0.07336735 in cryptocurrency (BTC) seized by law enforcement from an Electrum wallet found on the defendant's Black Android smartphone on or around August 12, 2024;

(c) Ruger, model AR-556, 556 caliber rifle, serial number 854-17071 and all accompanying magazines and ammunition;

(d) Winchester, Super X Model 1, 12 caliber shotgun, serial number 12AZX03462 and all accompanying magazines and ammunition;

(e) Smith & Wesson, M&P 9 Shield EZ model, 9 caliber pistol, serial number NJW8461 and all accompanying magazines and ammunition;

(f) Smith & Wesson, M&P 45 Shield M2.0 model, 45 caliber pistol, serial number HDZ8765 and all accompanying magazines and ammunition;

Pursuant to 21 U.S.C. 853(p), the defendant shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

Foreperson

Erik S. Siebert
United States Attorney

By: _____
Heather D. Call
Assistant United States Attorney

4